**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **SELVIN GEOVANY GARCIA GIRON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **Case No. CIV-26-2351-PRW** |
| **v.** | ) | |
| | ) | |
| **FRED FIGUEROA, et al.,**[1] | ) | |
| | ) | |
| **Respondents.** | | |

**<u>ORDER TO PETITIONER TO CURE DEFICIENCIES</u>**

The Court is in receipt of the documents Petitioner submitted in the above-referenced matter. However, the documents are deficient in the area(s) indicated below:

__X__ No filing fee ($5.00) was paid to the Court and/or *in forma pauperis* motion (motion to proceed without prepayment of fees or costs) has not been submitted for filing.

_____ *In forma pauperis* motion is not on the proper form.

_____ *In forma pauperis* motion is missing an original signature by the petitioner.

_____ *In forma pauperis* motion is missing financial information and/or signature of authorized officer of penal institution.

_____ *In forma pauperis* motion is missing the certified copy of the statement(s) of petitioner's institutional account(s) for the six-month period immediately

---

[1] Petitioner named the Warden of Diamondback Correctional Facility as Respondent among others. (Doc. 1, at 1). Fred Figueroa is the warden, and he is a proper respondent. *See Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004). "If a petitioner names the wrong respondent, this Court may simply substitute the correct party." *Dopp v. McCoin*, No. CIV-18-520-D, 2019 WL 3071984, at *2 (W.D. Okla. Feb. 28, 2019), *adopted*, 2019 WL 1952693 (W.D. Okla. May 2, 2019). The undersigned does so here by substituting Fred Figueroa as a respondent.

preceding filing, obtained from the appropriate official of each penal institution or jail at which Petitioner is or was confined.

________ Initiating document is not on the proper form and does not supply the Court with equivalent information required by the form.

________ Initiating document is not properly signed by Petitioner.

**The Court orders Petitioner to cure the deficiencies designated above on or before October 1, 2026. Failure to comply with this Order may result in the dismissal of this action.** The Clerk of Court is directed to send Petitioner the necessary forms to comply with this order.

IT IS SO ORDERED this 10th day of September, 2026.

Amanda L. Maxfield
AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE