**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

SELVIN GEOVANY GARCIA GIRON,

Petitioner,

v.

WARDEN, Diamondback Correctional Facility, *et al.*,

Respondents.

Case No. CIV-26-2351-PRW

**ORDER**

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1). This case is one of many habeas petitions filed by an alien detainee challenging the legal basis for his detention. On October 6, 2026, Magistrate Judge Amanda L. Maxfield issued a Report and Recommendation (Dkt. 6) recommending that the Court dismiss the Petition (Dkt. 1) because Petitioner has neither paid the filing fee nor filed an application to proceed *in forma pauperis*.[1] Judge Maxfield advised Petitioner of his right to object to the Report and Recommendation by October 27, 2026, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation.

[1] R. & R. (Dkt. 6), at 1.

Petitioner did not object to the Report and Recommendation. In the absence of a timely objection, the Court reviews the Report and Recommendation to confirm that there is no plain error on the face of the record.[2] Having done so, the Court agrees with Judge Maxfield's analysis and conclusions.

The Court **ADOPTS** the Report and Recommendation (Dkt. 6) and **DISMISSES** the Petition (Dkt. 1) without prejudice.

**IT IS SO ORDERED** this 2nd day of November 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

[2] *Summers v. State of Utah*, 927 F.2d 1165, 1167–68 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").